UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────x
                                       :
THE NEW YORK TIMES COMPANY,            :
                                       :
                          Plaintiff,   :
                                       :
        - against -                    :
                                       :   No. 16 Civ. 3686 (GBD)(SN)
UNITED STATES DEPARTMENT OF DEFENSE,   :
                                       :
                          Defendant.   :
                                       :
───────────────────────────────────────x

To the Clerk of the Court and All Parties of Record:

    PLEASE TAKE NOTICE THAT, as of September 9, 2016, Tali Ravit Leinwand is no longer with the Legal Department of The New York Times Company and hereby withdraws her appearance as counsel for Plaintiff The New York Times Company in the above-captioned litigation and requests that her name be removed from the Court's and the parties' service lists. David E. McCraw continues to serve as Lead Counsel for Plaintiff, and all future correspondence and papers in this action should continue to be directed him.

Dated: New York, New York
       September 9, 2016

                                      /s/ David E. McCraw
                                      David E. McCraw, Esq.
                                      The New York Times Company
                                      Legal Department
                                      620 Eighth Avenue
                                      New York, NY 10018
                                      Phone: (212) 556-4031
                                      Facsimile: (212) 556-1009
                                      Email: mccraw@nytimes.com

60712